IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT BORDIGNON | : | CIVIL ACTION |
| | : | NO. 16-4971 |
| v. | : | |
| | : | |
| EASTERN UNIVERSITY | : | |

## **ORDER**

AND NOW, this 26th day of April, 2017, upon consideration of defendant Eastern University's motion to dismiss plaintiff Scott Bordignon's amended complaint, Dkt. No. 11, plaintiff's response, Dkt. No. 12, and defendant's reply, Dkt. No. 13, it is ORDERED that defendant's motion is GRANTED in part and DENIED in part, as follows:

1. It is GRANTED in that plaintiff's requests for punitive damages and damages for mental and emotional distress, pain and suffering are stricken.

2. It is DENIED in all other respects.

It is FURTHER ORDERED that Defendant shall file an answer on or before May 10, 2017.

The Clerk of Court shall mark this case OPEN.[1]

                                                                                 *s/Thomas N. O'Neill, Jr.*
                                                                                  THOMAS N. O'NEILL, JR., J.

---

[1] It appears that, due to a mistake in the filing of the amended complaint, see Dkt. Nos. 8–10, this case was marked closed.